Opinion issued August 19, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00989-CV

———————————

QUANTLAB
FINANCIAL, LLC, Appellant

V.

NJF SEARCH INTERNATIONAL, LTD., NJF
CONTRACTS, LTD.; ROB COLBORNE; AND YONGZHONG XU, Appellees



 



 

On Appeal from the 61st District Court 

Harris County, Texas



Trial Court Case No. 2009-50815

 



MEMORANDUM OPINION

Appellant has filed unopposed motions to dismiss its
appeal as to appellees, NJF Search International, Ltd., NJF Contracts, Ltd.,
and Rob Colborne as well as to appellee, Yongshong Xu.  No opinion has issued.  Accordingly, we grant the motions and we dismiss the appeal.  Tex. R. App. P. 42.1(a)(1).

We overrule all other pending motions as moot.  We direct the Clerk to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Keyes, and Hanks.